# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

SHAYLA DENEICE TUCKER,

        Defendant-Appellant.

UNPUBLISHED
March 13, 2018

No. 335393
Wayne Circuit Court
LC No. 16-003466-01-FH

Before: JANSEN, P.J., and SERVITTO and SHAPIRO, JJ.

JANSEN, P.J. (*concurring*)

        I concur in the result only.

                                            /s/ Kathleen Jansen